■ PATRICK WILLIAMS, Individually and as Administrator of the Estate of TAWANA WILLIAMS, Deceased, Appellant, v NORTH SHORE LIJ HEALTH SYSTEM et al., Defendants, and MERMAID MEDICAL AND DIAGNOSTICS, P.C., Also Known as MERMAID MEDICAL ASSOCIATION, et al., Respondents. [989 NYS2d 887]—In an action to recover damages for medical malpractice and wrongful death, the plaintiff appeals, as limited by his brief, from so much of an order of the Supreme Court, Kings County (Steinhardt, J.), dated March 1, 2012, as denied his motion for leave to enter a default judgment against the defendants Mermaid Medical and Diagnostics, P.C., also known as Mermaid Medical Association, Spine and Pain Consultants of New York, Neurology Associates of Westchester, P.C. Group, Emergency Medicine Physicians of Staten Island. P.C., Hart Mart Medical Services, Verrazano Vascular, Verrazano Vascular Associates, Regan and McGinn, P.C., New York Surgical Associates, P.C., Healing Quest Physical Therapy, P.C., Seaview Cardiology Services, Glaser Mobarakia Adedeji Tolia, Mermaid Health Center, University Physicians Group, Frank Torantini, Richard Kang, William Rodino, Thomas Panetta, Peter Bennardo, Simran Sandhu, Jonathan Finkelstein, Frank Tarantini, Shaheda Ali, Yelana Aronoya, Gene Coppa, Nicole Laufer, and Ann Marchesano, upon their failure to appear or answer the complaint.

Ordered that the order is affirmed insofar as appealed from, with one bill of costs payable to the respondents appearing separately and filing separate briefs.

In support of his motion for leave to enter a default judgment against the respondents upon their failure to appear and answer, the plaintiff failed to proffer either an affidavit of the facts or a complaint verified by a party with personal knowledge of the facts as required by CPLR 3215 (f) (*see Peniston v Epstein*, 10 AD3d 450 [2004]; *DeVivo v Sparago*, 287 AD2d 535, 536 [2001]; *Fiorino v Yung Poon Yung*, 281 AD2d 513 [2001]; *Grainger v Wright*, 274 AD2d 549 [2000]). Thus, the Supreme Court properly denied the motion. Skelos, J.P., Lott, Roman and LaSalle, JJ., concur.